OLGA GEIGER, Respondent, v. PAUL GALLICK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PETER HESS, Appellant, v. PHILIP KESTECTER, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE COHEN, Appellant.— Judgment reversed and the information dismissed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EMILY HOOPER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DAVID J. COMYNS, Respondent, v. WAGNER S. KELLY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

JACOB COHEN, Appellant, v. CORNELL EMERY and JOHN L. FEENY, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALFRED DROSNESS, Appellant, v. FRIBAS REALTY CORPORATION, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GERSETA CORPORATION, Respondent, v. MILL FACTORS CORPORATION, Appellant. — The questions raised by appellant should be determined upon a trial and not upon motion. Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ARTHUR H. GAGNON, as Receiver of the Property of WALTER SCOTT ROBERTS, Appellant, v. ARACOMA KENTON Co., INC., Respondent, Impleaded with Another. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CARMINE EPIFANO, Appellant, v. HARRINGTON BROS., INC., Also Known as HARRINGTON BROTHERS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE LONG BEACH TRUST COMPANY, Appellant, v. DAVID STECKLER and BENNETT E. SIEGELSTEIN, Respondents, Impleaded with Another. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.